UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HITT AND DEBRA HITT,<br><br>        Plaintiffs,<br>v.<br>GENERAL MOTORS, LLC.,<br><br>        Defendant. | Case No.: 23-CV-1950-W-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 7]** |

  Pending before the Court is a joint motion to dismiss with prejudice under FED. R. CIV. P. 41(a)(1)(A)(ii) filed by Plaintiff Lawrence Hitt; Plaintiff Debra Hitt; and Defendant General Motors, LLC (collectively, the "Parties"). ([Doc. 7], "Joint Motion".) Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the Joint Motion and **ORDERS** the case **DISMISSED WITH PREJUDICE**. The Parties shall each bear their own costs and attorneys' fees.

  **IT IS SO ORDERED.**

Dated: March 6, 2024

                _____
                Hon. Thomas J. Whelan
                United States District Judge